IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| SANDRA TOVAR SMITH <br> AS NEXT FRIEND OF Cn.T., A Minor Child, <br> MIGUEL TOVAR, CALEB TOVAR, HECTOR <br> and GRACIELA PEREZ <br>       Plaintiffs <br><br> VS. <br><br> GERMAN TREVINO CERVANTES, <br> JOSE DE JESUS LOREDO CHAVEZ and <br> JOSE ABRAHAM LOREDO CHAVEZ <br> As the heirs and representatives of the <br> Estate of JOSE LOREDO GARZA <br>       Defendants | § § § § § § § § § § § § § § § | CIVIL CASE NO. _____ <br><br> JURY DEMANDED |

## APPLICATION AND NOTICE OF REMOVAL

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to 28 U. S. C. §§ 1332(a), 1441, and 1446, and Rule 81 of the local rules for the Southern District of Texas, Defendants GERMAN TREVINO CERVANTES, JOSE DE JESUS LOREDO CHAVEZ and JOSE ABRAHAM LOREDO CHAVEZ As the heirs and representatives of the Estate of JOSE LOREDO GARZA ("Applicants") file this Application and Notice of Removal and in support thereof would show the Court the following:

This Honorable Court has subject matter jurisdiction over this civil cause of action pursuant to 28 U.S.C. 1332(a)(2). It is a civil action where the matter in controversy exceeds the sum or value of $75,000. It is between citizens of the state of Texas and citizens or subjects of a foreign state. This notice of removal is filed within 30 days after these Defendants became aware of this case and it being one which is removable.

1.  Plaintiffs, filed their *Plaintiff's Fifth Amended Petition* in a cause of action against Defendants, GERMAN TREVINO CERVANTES, JOSE DE JESUS LOREDO CHAVEZ and JOSE ABRAHAM LOREDO CHAVEZ, as the heirs and representatives of the Estate of JOSE LOREDO GARZA, in the 389th Judicial District Court of Hidalgo County, Texas, Cause No.C-5952-15-H.

2.  Service via writs of scire facias for Defendant, Jose De Jesus Loredo Chavez was requested via the Texas Secretary of State on April 25, 2023. Defendant Jose De Jesus Loredo Chavez never received any documents from the Texas Secretary of State, instead he first learned of this lawsuit on April 28, 2023, when defense attorney contacted him to notify him of this lawsuit. Defendant Jose De Jesus Loredo Chavez answered on May 12, 2023. Defendant Jose De Jesus Loredo Chavez requests and consents to this removal.

3.  Service via writs of scire facias for Defendant, Jose Abraham Loredo Chavez was requested via the Texas Secretary of State on April 25, 2023. Defendant Jose Abraham Loredo Chavez never received any documents from the Texas Secretary of State, instead he first learned of this lawsuit on April 28, 2023, when defense attorney contacted him to notify him of this lawsuit. Defendant Jose De Jesus Loredo Chavez answered on May 12, 2023. Defendant Jose Abraham Loredo Chavez requests and consents to this removal.

4.  Pursuant to 28 U.S.C. § 1446, this notice of removal is filed within 30 days after Defendants JOSE DE JESUS LOREDO CHAVEZ and JOSE ABRAHAM LOREDO CHAVEZ, as the heirs and representatives of the Estate of JOSE LOREDO GARZA received noticed of this lawsuit.

5.  Removal is based upon diversity jurisdiction under 28 U.S.C. § 1332(a)(2) because

it is a civil action between citizens and residents of the State of Texas and citizens of a foreign state.

6. The action described in paragraph 1 arises from a motor vehicle incident that occurred in Hidalgo County, Texas on or about November 6, 2015. Defendants plead that this Court has subject matter jurisdiction over this action, because the amount in controversy is in excess of this Court's minimum jurisdictional limits and the lawsuit arises out of events or omissions that occurred in Hidalgo County. This case is being removed to the district and division from where the State court action was pending.

1. Based upon information and belief, and according to Plaintiff's Original Petition, Plaintiffs are residents and domiciled in the State of Texas.

2. Defendant German Trevino Cervantes is an individual and citizen and resident of Reynosa, Tamaulipas, Mexico. Defendant German Trevino Cervantes consents to this removal.

3. Defendants Jose De Jesus Loredo Chavez and Jose Abraham Loredo Chavez are citizens and a residents of Reynosa, Tamaulipas, Mexico.

4. The amount in controversy exceeds $75,000.00. In Plaintiffs' Fifth Amended Original Petition, Plaintiffs seek monetary relief over $1,000,000.00.

5. Pursuant to Rule 81 of the Local Rules of the Southern District of Texas, Applicants would show the following:

    a. Plaintiffs: Sandra Tovar Smith, As Next Friend Of Cn.T., A Minor Child, Miguel Tovar, Caleb Tovar, Hector Perez and Graciela Perez

    b. Defendants: German Trevino Cervantes
Jose De Jesus Loredo Chavez
Jose Abraham Loredo Chavez

    c. Status of service of process: Defendant, Jose De Jesus Loredo Chavez answered on May 12, 2023.

    d. Status of Service of Process: Defendant, Jose Abraham Loredo Chavez answered on May 12, 2023.

    e. Counsel for each party is as follows:

Counsel for Plaintiffs:

Chris Franz
State Bar No. 00792514
Gil P. Peralez
State Bar No.: 00791426
Peralez Franz, L.L.P.
1416 Dove Ave.
McAllen, Texas 78504
Telephone No. (956) 682-3660
Facsimile No. (956) 682-3848

Counsel for Defendants German Cervantes Trevino, Jose De Jesus Loredo Chavez and Jose Abraham Loredo Chavez:

Tamara L. Rodriguez
State Bar No. 00791647
Federal Bar No. 18972
Glenn D. Romero
State Bar No. 17224025
Federal Bar No. 7734
Vidaurri, Rodriguez & Reyna, LLP
202 North 10th Avenue
Edinburg, TX 78541
Telephone: 956-381-6602
Facsimile: 956-381-0725

    f. A jury was demanded by Defendants German Trevino Cervantes, Jose De Jesus Loredo Chavez and Jose Abraham Loredo Garza, in the state district court, and the jury fee was paid.

    g. Name and address of court from which the case is being removed:

389th Judicial District Court
Hidalgo County
Edinburg, Texas 78539

6. Pursuant to Local Rule 81, a copy of all pleadings asserting causes of action and all answers to such pleadings, a copy of all orders signed by the state judge, a copy of the docket sheet, and an index of the matters being filed are attached hereto.

WHEREFORE PREMISES CONSIDERED, Applicants pray that the above action now pending in the 389th Judicial District Court of Hidalgo County, Texas, Cause No. C-5952-15-H styled Sandra Tovar Smith, As Next Friend of Cn.T, A Minor Child, Miguel Tovar, Caleb Tovar, Hector and Graciela Perez vs. German Trevino Cervantes, Jose De Jesus Loredo Chavez and Jose Abraham Loredo Chavez as the heirs and representatives of the Estate of Jose Loredo Garza, be removed to this Court pursuant to Rule 28 U.S.C. §1332 and Rule 81 of the Local Rules of the Southern District of Texas and that Applicants may have such other and further relief at law or in equity to which they may show themselves justly entitled.

Respectfully submitted,

By: _____
Tamara Rodriguez
State Bar No. 00791647
Federal Bar No. 18972
Glenn D. Romero
State Bar No. 17224025
Federal Bar No. 7734

Of Counsel:
Vidaurri, Rodriguez & Reyna, LLP
202 North 10th Avenue
Edinburg, Texas 78541
Telephone: 956-381-6602
Facsimile: 956-381-0725
Email: trodriguez@vrrtxlaw.com
Attorneys for Defendants
*GERMAN TREVINO CERVANTES;*
*JOSE DE JESUS LOREDO CHAVEZ*
*and JOSE ABRAHAM LOREDO CHAVEZ*
*as The Heirs and Representatives of The*
*Estate Of JOSE LOREDO GARZA*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Application and Notice of Removal has been forwarded to opposing counsel on this the 18th day of May 2023, as follows:

**VIA ESERVICE:** service@peralezfranzlaw.com
Chris Franz
Gil P. Peralez
**PERALEZ FRANZ, L.L.P.**
1416 Dove Ave.
McAllen, Texas 78504
Telephone No. (956) 682-3660
*Attorneys for Plaintiffs*

Glenn D. Romero